IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:21-cv-123

KORDUN EXPRESS, INC. AND )
FLOYD, INC., )
    Plaintiffs, )
        )
    v. )    ENTRY OF DEFAULT AS TO
        )    DEFENDANT LASZLO ALMASI
LASZLO ALMASI, )
        )
    Defendant. )

THAT WHEREAS, it has been made to appear to the undersigned Clerk, upon affidavit or otherwise, that Defendant Laszlo Almasi has failed to plead and that the defaulting Defendant is neither an infant nor an incompetent person, and that Defendant is not in the military service of the United States; and that said Defendant is otherwise subject to entry of default as provided by the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against Laszlo Almasi, a Defendant in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 26 day of January, 2022.

Eastern District of North Carolina

By: _____
Peter A. Moore, Jr.
Clerk of Court