IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:21-cv-123-D

| | | |
|---|---|---|
| KORDUN EXPRESS, INC. and<br>FLOYD, INC., | )<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | MOTION FOR<br>DEFAULT JUDGMENT |
| LASZLO ALMASI, | )<br>) | |
| Defendant. | ) | |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs Kordun Express, Inc. and Floyd, Inc., by and through the undersigned counsel, hereby move the Court for default judgment against Defendant Laszlo Almasi. In support of this Motion, Plaintiffs show the Court as follows:

1. Defendant has failed to plead, defend, or otherwise respond to Plaintiffs' Complaint and is subject to a default judgment as provided by the Federal Rules of Civil Procedure.

2. Defendant is not an infant, an incompetent person, or in the military service of the United States.

3. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332.

4. The Court has personal jurisdiction over Defendant, as Defendant resides in this judicial district.

5. On January 26, 2022, the Clerk of Court entered default against Defendant for failure to plead in this action. (D.E. 23). The factual allegations against Defendant are deemed admitted.

6. Plaintiffs are entitled to damages resulting from Defendant's defamatory statements and unfair and deceptive trade practices.

7. Specifically, Plaintiff Kordun Express, Inc. is entitled to compensatory damages in the amount of $1,389,125.71, as shown in **Exhibit A**, at ¶ 6.

8. Plaintiff Floyd, Inc. is entitled to compensatory damages in the amount of $592,394.87, as shown in **Exhibit B**, at ¶ 6.

9. Further, Defendant acted willfully when he published the defamatory statements and engaged in the unfair and deceptive trade practices.

10. Plaintiff Kordun Express, Inc. therefore is entitled to trebled damages, under N.C. Gen. Stat. § 75-16, in the amount of $4,167,377.13. *See* Ex. A at ¶ 6.

11. Plaintiff Floyd, Inc. therefore is entitled to trebled damages, under N.C. Gen. Stat. § 75-16, in the amount of $1,777,184.61. *See* Ex. B at ¶ 6.

12. Plaintiffs are also entitled to their reasonable attorneys' fees and costs in the amount of $28,456.50, as stated in the Motion for Attorneys' Fees, filed simultaneously with this Motion for Default Judgment.

WHEREFORE, Plaintiffs respectfully request that:

1. The Court grant this Motion for Default Judgment against Defendant;

2. The Court find that Defendant's statements, detailed in the First Amended Complaint, are defamatory and order their removal;

3. Plaintiffs be awarded compensatory damages;

4. Plaintiffs be awarded treble damages pursuant to N.C. Gen. Stat. § 75-16;

5. Plaintiffs be awarded the attorneys' fees, expenses, and costs incurred by Plaintiffs in connection with this action pursuant to N.C. Gen. Stat. § 75-16.1 and as otherwise allowed by law;

6. Alternatively, the Court hold a hearing to determine the amount of damages owed, should it deem the evidence attached herein to be insufficient in any regard; and

7. Plaintiffs be granted such further relief as the Court deems just and proper.

This 11th day of March, 2022.

*/s/ Matthew A. Wood*
Matthew A. Wood
Litico Law Group
3701 Algonquin Road, Suite 450
Rolling Meadows, Illinois 60008
Telephone: 847.307.5942
email: maw@litico.law
IL State Bar No. 6304318
Attorneys for Plaintiffs


*/s/ Jeremy M. Wilson*
Jeremy M. Wilson
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, North Carolina 28406
Telephone: 910.794.4870
Facsimile: 910.794.4877
email: jw@wardandsmith.com
North Carolina Bar. No. 43301
Local Civil Rule 83.1(d) Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on March 11th, 2022, I electronically filed the foregoing MOTION FOR DEFAULT JUDGMENT with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed the documents to the following non CM/ECF participants:

> Mr. Laszlo Almasi
> 249 Waldorf Way
> Hampstead, NC 28443

This 11th day of March, 2022.

> /s/ Jeremy M. Wilson
> Jeremy M. Wilson
> Ward and Smith, P.A.
> Post Office Box 7068
> Wilmington, North Carolina 28406
> Telephone: 910.794.4870
> Facsimile: 910.794.4877
> email: jw@wardandsmith.com
> North Carolina Bar. No. 43301
> Local Civil Rule 83.1(d) Counsel for Plaintiffs