IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:21-cv-123-D

| | | |
|---|---|---|
| KORDUN EXPRESS, INC. and FLOYD, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | DEFAULT JUDGMENT |
| | ) | |
| LASZLO ALMASI, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on the Motion for Default Judgment filed by Plaintiffs Kordun Express, Inc. and Floyd, Inc., against Defendant Laszlo Almasi. The Court having reviewed Plaintiffs' Motion for Default Judgment and supporting exhibits, Memorandum of Law in support of the same, the pleadings, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. Plaintiffs' Motion for Default Judgment against Defendant is hereby GRANTED.

2. Default was entered against Defendant on January 26, 2022 (D.E. 23).

3. Accordingly, the well-pleaded factual allegations in the Complaint are deemed admitted by Defendant, and Defendant is liable for the claims stated in Plaintiffs' Complaint.

4. Therefore, judgment is entered in favor of Plaintiffs and against Defendant as to all claims.

5. Upon being served a copy of this judgment, Defendant shall immediately and permanently remove the reports he published on www.carrier411.com on or about March 31,

2021, which are detailed in the First Amended Complaint (D.E. 19) and which the Court hereby finds defamatory. Defendant shall further refrain from republishing any and all of the defamatory reports.

6. Plaintiffs have established by a preponderance of the evidence that an award of compensatory damages in the amounts of $1,389,125.71 for Kordun Express, Inc. and $592,394.87 for Floyd, Inc. is reasonable and warranted in this case.

7. Pursuant to N.C. Gen. Stat. § 75-16, Plaintiffs are entitled to trebled damages, in the amounts of $4,167,377.13 for Kordun Express, Inc. and $1,777,184.61 for Floyd, Inc.

8. After this judgment has been entered by the Court, Plaintiffs shall promptly serve a copy of it on Defendant, and Plaintiffs shall file with the Court a proof of service thereof within 15 days thereafter.

9. This Court retains jurisdiction over this matter for the purpose of making any further orders necessary or proper for the construction of this judgment, the enforcement thereof, and the punishment of any violations thereof.

SO ORDERED this 5 day of April, 2022.

James C. Dever III
United States District Judge