IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:21-cv-123-D

| | | |
|---|---|---|
| KORDUN EXPRESS, INC. and FLOYD, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| LASZLO ALMASI, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Motion for Attorneys' Fees filed by Plaintiffs Kordun Express, Inc. and Floyd, Inc. against Defendant Laszlo Almasi ("Defendant"). The Court having reviewed Plaintiffs' Motion for Default Judgment and supporting exhibits, Memorandum of Law in support of the same, Plaintiffs' Motion for Attorneys' Fees and supporting exhibits, Memorandum of Law in support of the same, the pleadings, and being otherwise fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

Plaintiffs' Motion for Attorneys' Fees against Defendant is hereby GRANTED. Plaintiffs shall have and recover of Defendant the sum of twenty-eight thousand, four hundred fifty-six and 50/100 Dollars ($28,456.50) for the attorneys' fees incurred by Plaintiff in bringing this action against Defendant.

SO ORDERED. This 5 day of April, 2022.

James C. Dever III
United States District Judge